

**Dykema Gossett PLLC**
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, TX 75201
WWW.DYKEMA.COM

Tel:  (214) 462-6400
Fax:  (214) 462-6401

**Timothy J. McCarthy**
Direct Dial: (214) 698-7857
Direct Fax: (855) 245-0497
Email: TMcCarthy@dykema.com

ACCEPTED
15-25-00001-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/23/2025 5:06 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/23/2025 5:06:12 PM
CHRISTOPHER A. PRINE
Clerk

October 23, 2025                                              **Via E-File**

The Honorable Christopher A. Prine
Clerk, Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re:   *CreateAI Holdings, Inc. F/K/A TuSimple Holdings, Inc. v. Bot Auto TX Inc.*, in the
      Fifteenth Court of Appeals, Cause No. 15-25-00001-CV

Dear Mr. Prine:

We write in response to the Court's September 10, 2025 letter regarding the above-captioned matter. CreateAI Holdings, Inc. hereby notifies the Court that Christopher D. Kratovil will present oral argument on its behalf on October 30, 2025.

Sincerely,

**Dykema Gossett PLLC**

Timothy J. McCarthy

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kathy Lowery on behalf of Timothy McCarthy
Bar No. 24123750
KLowery@dykema.com
Envelope ID: 107234223
Filing Code Description: Letter
Filing Description: Letter to Fifteenth Court of Appeals re Oral Argument
Status as of 10/23/2025 5:14 PM CST

Associated Case Party: Bot Auto TX Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nicole Burkholder | | nburkholder@jw.com | 10/23/2025 5:06:12 PM | SENT |
| Leisa Peschel | 24060414 | lpeschel@jw.com | 10/23/2025 5:06:12 PM | SENT |
| Leisa Peschel | 24060414 | lpeschel@jw.com | 10/23/2025 5:06:12 PM | SENT |
| Alli Allman | | aallman@jw.com | 10/23/2025 5:06:12 PM | SENT |
| Joseph AFischer, III | | tfischer@jw.com | 10/23/2025 5:06:12 PM | SENT |
| Victoria Emery | 24126228 | temery@jw.com | 10/23/2025 5:06:12 PM | SENT |
| Victoria Emery | 24126228 | temery@jw.com | 10/23/2025 5:06:12 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joseph Fischer | 789292 | tfischer@jw.com | 10/23/2025 5:06:12 PM | SENT |
| Yvonne Ferrari | | yferrari@jw.com | 10/23/2025 5:06:12 PM | SENT |
| Juana Sauceda | | jsauceda@jw.com | 10/23/2025 5:06:12 PM | SENT |
| Richard Liu | | richard.liu@consultils.com | 10/23/2025 5:06:12 PM | SENT |

Associated Case Party: TuSimple Holdings, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cliff PRiley | | criley@dykema.com | 10/23/2025 5:06:12 PM | SENT |
| Cliff PRiley | | criley@dykema.com | 10/23/2025 5:06:12 PM | SENT |
| Christopher Kratovil | | ckratovil@dykema.com | 10/23/2025 5:06:12 PM | SENT |
| Christopher Kratovil | | ckratovil@dykema.com | 10/23/2025 5:06:12 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kathy Lowery on behalf of Timothy McCarthy
Bar No. 24123750
KLowery@dykema.com
Envelope ID: 107234223
Filing Code Description: Letter
Filing Description: Letter to Fifteenth Court of Appeals re Oral Argument
Status as of 10/23/2025 5:14 PM CST

Associated Case Party: TuSimple Holdings, Inc.

| Christopher Kratovil | | ckratovil@dykema.com | 10/23/2025 5:06:12 PM | SENT |
|---|---|---|---|---|
| Isaac Villarreal | | ivillarreal@dykema.com | 10/23/2025 5:06:12 PM | SENT |
| Kathy Lowery | | klowery@dykema.com | 10/23/2025 5:06:12 PM | SENT |
| Jennifer Schmitt | | jschmitt@dykema.com | 10/23/2025 5:06:12 PM | SENT |
| Lina Null | | lnull@dykema.com | 10/23/2025 5:06:12 PM | SENT |
| Amanda Gordon | | agordon@dykema.com | 10/23/2025 5:06:12 PM | SENT |
| Amanda Gordon | | agordon@dykema.com | 10/23/2025 5:06:12 PM | SENT |
| Salvador Robles | | SRobles@dykema.com | 10/23/2025 5:06:12 PM | SENT |
| Lina Null | | lnull@dykema.com | 10/23/2025 5:06:12 PM | SENT |
| Aaron Kotulek | | akotulek@dykema.com | 10/23/2025 5:06:12 PM | SENT |
| Jennifer Schmitt | | jschmitt@dykema.com | 10/23/2025 5:06:12 PM | SENT |
| Timothy J.McCarthy | | TMcCarthy@dykema.com | 10/23/2025 5:06:12 PM | SENT |
| Kathy Lowery | | klowery@dykema.com | 10/23/2025 5:06:12 PM | SENT |
| Isaac Villarreal | | ivillarreal@dykema.com | 10/23/2025 5:06:12 PM | SENT |